**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR117** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| **vs.** | ) | **AND ORDER** |
| | ) | |
| **URIEL IVAN IRIBE-ORTIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 141) pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782. The Defendant was sentenced on September 29, 2014, and the record reflects that a two-level variance was imposed pursuant to the Defendant's motion based on the proposed change to the drug guideline and the Defendant agreed he would not seek a further sentence reduction upon the modification of the sentencing guidelines. (Filing No. 105, Statement of Reasons at 3).   Accordingly,

IT IS ORDERED:

1.      The Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 141) is denied;

2.      The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3.      The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 27th day of April, 2015.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge